# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 9-2

| | |
|---|---|
| UNITED STATES OF AMERICA )  <br> ) <br> v. ) <br> ) <br> DENISE ANN SMITH, ) <br> ) <br> **Defendant.** ) <br> _____ ) | **ORDER** |

This matter is before the Court following a hearing on Defendant's Motion ECF Document # 29. After hearing from the attorney for the Defendant, the Assistant United States Attorney, and the representative of the subpoenaed entity concerning the Defendant's request for certain documents, the Court has determined to enter the following Order.

The Court **DIRECTS** Adam Queen, General Manager, American Tactical and Pawn, 808 S. Dekalb St., Shelby, NC 28150, to send directly to the Court (100 Otis Street, Room 302, Asheville, NC 28801) copies of: (1) the Acquisitions and Distribution Journal for American Tactical and Pawn for the period of 30 days prior to February 17, 2017; and (2) copies of ATF 4473 forms of American Tactical and Pawn for the period of one week prior to February 17, 2017. Mr. Queen shall have through **April 30, 2018**, to comply with this Order.

The Court **DIRECTS** Defendant's counsel to file a brief with supporting case law and/or statutory authority that supports the defense that counsel set forth on pages 4–5 of ECF Document # 20. The brief may be filed ex parte. The brief shall not be longer than 10

pages. Defendant's counsel shall have through **April 30, 2018**, to file the brief.

After reviewing documents provided by Mr. Queen and defense counsel's brief, the Court will set a further hearing on Defendant's Motion ECF Document # 29. The Clerk is to send by United States Postal Service a copy of this Order to Mr. Queen.

Signed: April 19, 2018

Dennis L. Howell
United States Magistrate Judge