# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 9-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DENISE ANN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court following a Motion Hearing on Defendant's Motion to Suppress. On April 24, 2018, the Court conducted a hearing regarding Defendant's Motion to Suppress [# 23]. At the close of the hearing, Defendant moved for leave to file an additional brief. For good cause shown, the Court **GRANTS** the motion.

Defendant shall have through **May 8, 2018**, to file an additional brief. The Government shall have through **May 15, 2018**, to respond.

Signed: April 25, 2018

Dennis L. Howell
United States Magistrate Judge