IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 cr 9-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DENISE ANN SMITH. ) | |
| _____ ) | |

**ORDER DIRECTING ISSUANCE OF SUBPOENA**

Before the Court is Defendant's Ex Parte Motion for Issuance of Subpoenas [# 47].

Pursuant to Federal Rule of Criminal Procedure 17(a)–(d), and for good cause shown, the Court **GRANTS** the Motion [# 47]. The Court **ORDERS** a subpoena be issued for each of the entities named below. Because the Court is satisfied that Defendant is financially unable to pay the fees and expenses of this witness, and the presence of this evidence is necessary to the presentation of an effective and adequate defense, the cost of process, fees and expenses of this witness so subpoenaed shall be paid as if subpoenaed on behalf of the Government.

This Order specifically compels:

Mr. Huston Drake Hudson
c/o American Tactical and Pawn
808 S. DeKalb Street
Shelby, NC 28150
P-704-482-0012

Mr. Brandon Patrick Randall
3617 Towery Road
Shelby, NC 28510

to testify at a hearing at 9:00 AM, on July 12, 2018, in Courtroom 2, at U.S. Courthouse,

100 Otis Street, Asheville, NC 28801.

Further, the Court **ORDERS** that the U.S. Marshals Service shall serve the subpoenas issued for the above-named people or institutions.

The Court **DIRECTS** the Clerk's Office to provide a copy of the subpoena to Brandon Patrick Randall to his attorney, Emily M. Jones.

The Court **ORDERS** that this Order is <u>not sealed</u>.

Signed: June 20, 2018

*/s/ Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge