IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 cr 9-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DENISE ANN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Before the Court is American Tactical and Pawn, Inc.'s Motion for Extension of Time to File a Motion to Quash or Claim any Privileges [# 51]. On June 8, 2018, the Court ordered American Tactical and Pawn, Inc. ("ATP") retain counsel in relation to a subpoena and Fifth Amendment privileges [# 43]. The Court gave ATP until June 28, 2018, to file a motion to quash or claim any privileges. ATP now asks the Court for a seven (7) day extension to file such a motion. ATP has conferred with all parties.

For good cause shown, the Court **GRANTS** the Motion [# 51]. ATP shall have through **July 5, 2018**, to file a motion to quash or claim any privileges.

Signed: June 29, 2018

_____
Dennis L. Howell
United States Magistrate Judge